THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JUWANNA WROTTEN, Respondent.

Submitted October 19, 2009; decided October 22, 2009

Reported below, 60 AD3d 165.

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

JAMILLAH K. RASHEED-WATERS, Respondent, et al., Plaintiff, v KAWASAKI RAIL CAR, INC., Appellant, et al., Defendants.

Submitted August 17, 2009; decided October 22, 2009

Reported below, 60 AD3d 1030.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

VICTOR J. RUNNER, Respondent, v NEW YORK STOCK EXCHANGE, INC., et al., Appellants.

Submitted October 19, 2009; decided October 22, 2009

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed.

IQBAL SINGH, Appellant, v CITY OF NEW YORK DIVISION OF HOUSING PRESERVATION AND DEVELOPMENT, Respondent.

Submitted August 3, 2009; decided October 22, 2009

Reported below, 2009 NY Slip Op 76735(U).

Motion for leave to appeal from the Appellate Division order denying reargument dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.